IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JIMMY L ROBERTS,**

    Plaintiff,

v.                                                CASE NO. 5:06-cv-00123-RS-AK

**JO ANNE BARNHART,**

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Motion to voluntarily dismiss the complaint, which is unopposed by the Defendant. (Doc. 20). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED.**

    **DONE AND ORDERED** this **20th** day of December, 2006

                              **s/ A. KORNBLUM**
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**